R. R. CARTER V. THE STATE.

No. 9700.   Delivered February 10, 1926.

Appeal dismissed March 17, 1926.

**Theft of Automobile—Original Opinion Withdrawn—Appeal Dismissed.**

Since the opinion on the original hearing was rendered, and after filing his motion for rehearing, appellant has filed a written request to withdraw the appeal. The original opinion is therefore withdrawn, and the appeal dismissed.

Appeal from the District Court of Jefferson County.   Tried below before the Hon. Geo. C. O'Brien, Judge.

Appeal from a conviction for theft of an automobile, penalty two years in the penitentiary.

*Sullivan & Wilson* of Dallas, for Appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry Jr.,* Assistant State's Attorney, for the State.

ON MOTION FOR REHEARING

MORROW, PRESIDING JUDGE.—Since the opinion on the original hearing was rendered and after filing his motion for rehearing, appellant has filed a written request to withdraw the appeal.

The request is granted.

*Appeal Dismissed.*